## H. W. RAGLAND v. Chas. O. AUSTIN, Commissioner of Banking. W. R. FULLER v. SAME. T. L. WILSON v. SAME. R. W. SWANK v. SAME. J. W. HARRISON v. SAME. Harry ABRAM v. SAME. (Nos. 1343, 1345–1347, 1349, and 1350.)

(Court of Civil Appeals of Texas. Beaumont. April 9, 1926. Rehearing Denied May 19, 1926.)

Appeal from District Court, Angelina County; C. A. Hodges, Judge.

Mantooth & Denman, of Lufkin, for appellants.

Fairchild & Redditt, of Lufkin, for appellee.

O'QUINN, J. The above cases are companion cases to Markus v. Austin, 284 S. W. 326. The facts are the same and questions of law identical. What we have said in Markus v. Austin disposes of the issues raised in each of these cases, and, for the reasons there stated, the judgment in each of these cases is affirmed.